IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
JUN 0 8 2005
RALPH L. DeLOACH, Clerk
By_____ Deputy

UNITED STATES OF AMERICA

vs.

Case No. 04M-7050-01

Ginah F. VROOMAN

## ORDER TO DISMISS

NOW, on this 8th day of June 2005, the Court, having read and considered the Motion to Dismiss filed herein by the United States, and being satisfied good cause exists,

IT IS HEREFORE ORDERED, ADJUDGED AND DECREED that the Information filed October 13, 2004, against the defendant, GINAH F. VROOMAN, is hereby dismissed with prejudice.

_____
HONORABLE DAVID J. WAXSE
U.S. Magistrate Judge

APPROVED:

ERIC F. MELGREN
United States Attorney

By: _____
EVERETT F. YATES
Special Assistant U.S. Attorney